**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 23-1353**

———————————

In re: STEPHEN NIVENS,

           Petitioner.

———————————

On Petition for Extraordinary Writ.  (8:16-cv-02648-TDC)

———————————

Submitted:  June 22, 2023                          Decided:  June 27, 2023

———————————

Before WYNN, DIAZ, and THACKER, Circuit Judges.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Stephen Nivens, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen Nivens, a Maryland inmate, petitions this court for a writ of error coram nobis, seeking relief from his Maryland criminal judgment.  However, a federal court "cannot issue" a writ of error coram nobis when the challenged judgment was entered in state court.  *Thomas v. Cunningham*, 335 F.2d 67, 69 (4th Cir. 1964); *see Finkelstein v. Spitzer*, 455 F.3d 131, 134 (2d Cir. 2006) (collecting cases).  Accordingly, although we grant Nivens' motion to exceed page limitations, we deny his petition.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*